CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Facsimile: (916) 273-8956
Attorney for Defendant
Barbara Estelle Garcia

HIMAT SINGH BAINIWAL (SBN: 322354)
himat@bainiwallaw.com
BAINIWAL LAW
2797 Park Avenue Suite 201
Santa Clara, CA 95050
Telephone: (408) 646-1661
Facsimile: (408) 693-3031
Attorney for Defendants
Kuldeep Kaur Sidhu and Kulwant Singh Sidhu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA ESTELLE GARCIA, in individual and representative capacity as trustee of the Anthony & Barbara Garcia Trust; KULDEEP KAUR SIDHU; KULWANT SINGH SIDHU; and Does 1-10,<br><br>    Defendants. | Case: 3:19-CV-05390-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 30, 2020            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff

Dated: March 30, 2020            LAW OFFICE OF RICK MORIN, PC

                                 By: /s/ Richard Morin
                                     Richard Morin
                                     Attorneys for Defendant
                                     Barbara Estelle Garcia

Dated: March 30, 2020            BAINIWAL LAW

                                 By: /s/ Himat Singh Bainiwal
                                     Himat Singh Bainiwal
                                     Attorneys for Defendant
                                     Kuldeep Kaur Sidhu and Kulwant Singh Sidhu

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin and Himat Singh Bainiwal, counsel for Barbara Estelle Garcia, Kuldeep Kaur Sidhu and Kulwant Singh Sidhu, respectively, and that I have obtained Mr. Morin's and Mr. Bainiwal's authorization to affix their electronic signature to this document.

Dated: March 30, 2020        CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff